■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANNETTE TORRES, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about October 27, 2005, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Buckley, Catterson and McGuire, JJ.